ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Atlas International Trading Corporation | ) ASBCA Nos. 59090, 59092, 59093 |
| | ) 59094, 59095, 59096 |
| | ) 59097, 59098, 59099 |
| | ) 59100, 59101, 59102 |
| | ) 59111 |
| | ) |
| Under Contract Nos. FA8240-10-M-U023 | ) |
| FA8240-10-M-U025 | ) |
| FA8240-11-M-U029 | ) |
| FA8240-10-M-U038 | ) |
| FA8240-11-M-U038 | ) |
| FA8240-11-M-U042 | ) |
| FA8240-10-M-U106 | ) |
| FA8240-09-M-U222 | ) |
| FA8240-11-M-7035 | ) |
| FA8240-11-M-7060 | ) |
| FA8240-11-M-7111 | ) |
| FA8240-11-M-7112 | ) |
| FA8240-10-M-U143 | ) |
| FA8240-11-M-7104 | ) |
| | ) |

APPEARANCES FOR THE APPELLANT:     Terry L. Elling, Esq.
                                   Megan Mocho Jeschke, Esq.
                                   Elizabeth N. Jochum, Esq.
                                     Holland & Knight LLP
                                     McLean, VA

                                   John L. Brownlee, Esq.
                                     Holland & Knight LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Lt Col James H. Kennedy III, USAF
                                     Air Force Chief Trial Attorney
                                   Erika L. Whelan Retta, Esq.
                                   Capt Eric J. Singley, USAF
                                   Capt Amy K. Siak, USAF
                                   Jeffrey M. Lowry, Esq.
                                   Skye C. Mathieson, Esq.
                                     Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  30 April 2015

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59090, 59092, 59093, 59094, 59095, 59096, 59097, 59098, 59099, 59100, 59101, 59102, 59111, Appeals of Atlas International Trading Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2